

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00971-CV

**IN THE INTEREST OF M.C.V. AND M.D.V.**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02539
The Honorable Eric Rodriguez, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due on December 27, 2018, but has not been filed. We therefore ORDER the court reporter responsible for preparing the reporter's record to file the reporter's record on or before **January 22, 2019**. **NO EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES.**

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court